UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIDLAND NATIONAL LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:23 CV 169 JMB |
| TARA HOLMES, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

In accordance with Plaintiff's stipulation for dismissal (Doc. 21), to which Defendants have not objected,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action with prejudice. Fed. R. Civ. P. 41(a)(2).

The parties shall bear their own costs.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of August, 2023.